UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONALD van der VAART, in his official capacity as Secretary of the North Carolina Department of Environmental Quality, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency, et al.,<br><br>Defendants. | Case No. 5:15-cv-593-FL |

## ORDER

The Court entered a Consent Decree in this matter on June 1, 2016. (ECF No. 23). EPA has met its obligations under Paragraphs 1 and 2 of the Consent Decree. All claims for costs of litigation, including attorneys' fees, have been resolved. Upon consideration of the entire record herein, it is hereby

**ORDERED**, that the Consent Decree is TERMINATED and this case is DISMISSED with PREJUDICE.

SO ORDERED on this 19th day of October, 2016.

_____
Louise Wood Flanagan
UNITED STATES DISTRICT JUDGE