UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONALD VAN DER VAART, )
in his official capacity as Secretary of )
North Carolina Department of )
Environmental Quality, et al, )
)
        Plaintiffs, ) **JUDGMENT**
)
v. ) No. 5:15-CV-593-FL
)
GINA McCARTHY, in her official capacity )
as the Administrator of the United States )
Environmental Protection Agency, et al, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 19, 2016, and for the reasons set forth more specifically therein, that the Consent Decree entered in this matter on June 1, 2016 is terminated and this case is dismissed with prejudice.

**This Judgment Filed and Entered on October 19, 2016, and Copies To:**

Sam M. Hayes; Debra J. Carfora; and Neal Fowler (via CM/ECF Notice of Electronic Filing)

October 19, 2016          JULIE RICHARDS JOHNSTON CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk